tioner *pro se.* *E. N. Eisenhower* for respondent.

No. 442, Misc.  BONINO *v.* NEW YORK.  Appellate Division of the Supreme Court of New York.  Certiorari denied.

*Rehearing Denied.*

No. 513.  BURNHAM CHEMICAL CO. *v.* BORAX CONSOLIDATED, LTD. ET AL., 336 U. S. 924.  Rehearing denied.

No. 529, 530 and 531.  STANDARD OIL CO. *v.* SUPERIOR COURT OF DELAWARE IN AND FOR NEW CASTLE COUNTY ET AL., 336 U. S. 930.  Rehearing denied.

No. 554.  CRIPPEN, TRUSTEE IN BANKRUPTCY, *v.* CITY OF DALLAS, 336 U. S. 937.  Rehearing denied.

No. 306, Misc., October Term, 1947.  McGOUGH *v.* UNITED STATES, 334 U. S. 829.  Rehearing denied.

No. 294, Misc.  McINTOSH *v.* UNITED STATES, 336 U. S. 926.  Rehearing denied.

No. 303, Misc.  DUNKLE *v.* ILLINOIS, 336 U. S. 906.  Rehearing denied.

No. 315, Misc.  McINTOSH *v.* PESCOR, WARDEN, 336 U. S. 926.  Rehearing denied.

No. 410, Misc.  BERTRAND *v.* RAGEN, WARDEN, 336 U. S. 923.  Rehearing denied.

No. 301, Misc.  SHOTKIN *v.* WESTINGHOUSE ELECTRIC & MANUFACTURING CO. ET AL., 336 U. S. 902.  Motion for leave to file petition for rehearing denied.